IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DAPHNE E. MCFADDEN,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:19-00181

ALDERSON FEDERAL PRISON FOR
WOMEN, et al.,

    Defendants.

## JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DISMISSES** plaintiff's complaint without prejudice and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 22nd day of November, 2021.

                                      ENTER:

                                      David A. Faber
                                      Senior United States District Judge